**DISMISS; and Opinion Filed October 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01018-CV

### JOHN BRIGGS AND FRANCES BRIGGS, Appellants
### V.
### WASHINGTON FEDERAL, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08367**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

In a letter dated September 11, 2015, the Court questioned its jurisdiction over this appeal. Specifically, there does not appear to be an appealable order. We instructed appellants to file a letter brief, within ten days of the date of the letter, addressing our concern. We cautioned appellants that failure to file a letter brief within the time specified may result in dismissal of the appeal without further notice. As of today's date, appellants have not filed a letter brief.

In their notice of appeal, appellants state they are appealing the trial court's August 14, 2015 order that found them in contempt for failing to comply with a previous court order. Courts of appeals lack jurisdiction to review contempt orders on direct appeal. *See Tracy v. Tracy,* 219 S.W.3d 527, 530 (Tex. App.—Dallas 2007, no pet.). A party seeking review of a contempt order involving confinement may seek appellate review by filing a petition for writ of habeas corpus; a

party seeking review of a contempt order that does not involve confinement may seek review only by filing a petition for writ of mandamus. *Id*.

Because the order appellants appeal from is not reviewable on direct appeal, this Court lacks jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a)

/Ada Brown/
ADA BROWN
JUSTICE

151018F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN BRIGGS AND FRANCES BRIGGS, Appellants

No. 05-15-01018-CV        V.

WASHINGTON FEDERAL, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-14-08367.
Opinion delivered by Justice Brown.
Justices Lang-Miers and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WASHINGTON FEDERAL recover its costs of this appeal from appellants JOHN BRIGGS AND FRANCES BRIGGS.

Judgment entered this 7th day of October, 2015.